

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor R. Del Llano, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>V.<br><br>Vivint Solar Inc.; Solar Mosaic Inc.<br><br>Defendant. | Civil Action No. 17-cv-1429-AJB-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Vivint's motion to dismiss Plaintiff's complaint for lack of Article III standing, DENIES AS MOOT both Vivint and Mosaic's motions to compel arbitration, and DISMISSES Plaintiff's complaint WITH PREJUDICE. (Doc. Nos. 7, 14.)

Date:  2/1/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Corsello

A. Corsello, Deputy